# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SUNITA M. SRIVASTAVA, an individual, | Case No.: **2:25−cv−09471 AB (BFMx)** |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| vs. | |
| PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Having considered the papers, and finding that good cause exists, the Parties'
Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: ___APRIL 16___, 2026

_____

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1